Joseph WEBER, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Second Circuit. November 1, 1926.)

No. 72.

In Error to the District Court of the United States for the Southern District of New York.

Griffiths & Content, of New York City (Clarence V. Opper and Charles H. Griffiths, both of New York City, of counsel), for plaintiff in error.

Emory R. Buckner, U. S. Atty., of New York City (C. D. Williams, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Judgment affirmed.

John ZOLINSKI and Frank Jutzinski v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. June 16, 1926.)

No. 4679.

In Error to the District Court of the United States for the Eastern District of Michigan.

Lloyd Crane, of Saginaw, Mich., for plaintiffs in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich., and Otto J. Manary, Asst. U. S. Atty., of Bay City, Mich.

PER CURIAM. Docketed and dismissed upon motion of counsel for the defendant in error.